OPTIMA TAX RELIEF, LLC
Ghulam Hashimi (SBN 290888)
2100 S. Harbor Blvd., Suite 250
Santa Ana, California 92704
Tel: (800) 536-0734; Fax: (714) 492-8633
Email: legal@optimataxrelief.com

THE KARLIN LAW FIRM, LLP
L. Scott Karlin (SBN 90605)
Michael J. Karlin (SBN 272442)
David E. Karlin (SBN 275905)
13522 Newport Avenue, Suite 201
Tustin, California 92780
Tel: (714) 731-3283; Fax: (714) 731-5741
Emails: lsk@karlinlaw.com, mike@karlinlaw.com
david@karlinlaw.com

LAW OFFICES OF REX T. REEVES
Rex T. Reeves (SBN 136842)
13522 Newport Avenue, Suite 201
Tustin, California 92780
Tel: (714) 731-8500; Fax: (714) 731-5741
Email: rreeves@reeveslawofffices.com

Attorneys for Defendant OPTIMA TAX RELIEF, LLC

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA -- SOUTHERN DIVISION

| | |
|---|---|
| JEFF AKAHOSHI, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>OPTIMA TAX RELIEF, LLC, a Delaware limited liability company, and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 8:18-cv-464-JVS-KES<br><br>**JUDGMENT OF DISMISSAL** |

On January 14, 2019, this Court entered its Order Regarding Motion for Judgment on the Pleadings [Docket #36] (the "Order"), which set forth the Court's ruling on the motion of Defendant Optima Tax Relief, LLC ("Optima") for judgment on the pleadings, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, as to the claims in the Complaint filed by Plaintiff Jeff Akahoshi ("Plaintiff") in this action, etc. [Docket #33] (the "Motion").

As set forth in said Order, the Court ruled that each claim asserted by Plaintiff in his Complaint must be dismissed and granted said Motion without prejudice, giving Plaintiff thirty (30) days leave to file an amended complaint that addressed the deficiencies in the Complaint identified in the Order. Plaintiff did not file an amended complaint prior to the expiration of said thirty (30) day period. Accordingly:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that**:**

1. Plaintiff's First Cause of Action is dismissed with prejudice. The balance of the Complaint is dismissed for lack of jurisdiction; with the exception of the First Cause of Action, the Court does not reach the merits of any claim or defense.

2. Plaintiff shall take and recover nothing in this action from Defendant Optima.

IT IS SO ORDERED.

**Dated: February 28, 2019**

_____
HON. JAMES V. SELNA
United States District Judge